# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:25-cr-327-WFJ-AAS | | DATE: | December 16, 2025 |
|---|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE LUIS HERNANDEZ VILLAZON | | | **LANGUAGE:** | N/A |
| | | | **PLAINTIFF COUNSEL**<br>Daniel Baeza | |
| | | | **DEFENSE COUNSEL**<br>Silvia Pinera-Vazquez | |
| **COURT REPORTER:** Sharon Miller | | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME** | 1:38 PM – 2:51 PM | **TOTAL:** 1 Hour 13 Minutes | **PRETRIAL:** | N/A |
| | | | **COURTROOM:** | 10B |

**PROCEEDINGS: GARCIA HEARING**

Court in session; counsel identified for the record.

The parties advised they have no objection to the hearing being conducted as a public hearing.

The Court addressed the Government's Motion to Seal (Doc. 65) and denied the motion.

The Defendant was sworn.

The Court found the Defendant competent to proceed.

The Government summarized the charges.

Statements were made by Daniel Baeza regarding potential conflicts of Attorney Silvia Pinera-Vazquez.

Statements were made by Attorney Silvia Pinera-Vazquez.

The Defendant waived his right to conflict-free counsel and expressed his desire to continue representation by Attorney Silvia Pinera-Vazquez; the Court accepted the waiver and granted the request.

FBI Agent Julio Mena provided devices to Attorney Pinera-Vazquez in open court.

The Government provided an update regarding discovery by the filter team.

The Court advised that an order will be entered following the hearing.

Court adjourned.