UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                              Case No. 8:25-cr-327-WFJ-AAS

JORGE LUIS HERNANDEZ VILLAZON
_____/

## ORDER

A December 19, 2025 order reconsidered the propriety of the prior sealings in this case. (Doc. 67). That order stated "it appears that unsealing all of the currently sealed documents related to the conflict-of-interest inquiry is warranted. In summary, those docket entries are: 37, 39, 45, 47, 50, 55, 56, 57, 58, and 60." (*Id.* at p.3).

The December 19 order delayed the unsealing of these documents to January 19, 2026, to give the parties time to review those documents and, if appropriate, file on the public docket a motion requesting the court maintain the seal as to any of these documents. No party filed a motion requesting the court to maintain the seal as to any of these documents.

Accordingly, the Clerk of Court is directed to unseal the following

documents: Docs. 37, 39, 45, 47, 50, 55, 56, 57, and 58.[1]

ORDERED at Tampa, Florida on January 21, 2026.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] The inclusion of Doc. 60 in the December 19, 2025 order was an error. Doc. 60 is a "court only" administrative entry and not a sealed document.